IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DPL ENERGY, LLC,

    Plaintiff(s),

vs.

FILTERFAB MANUFACTURING
CORPORATION., et al.,

    Defendant(s).

CASE NO. 3:03cv399

JUDGE WALTER HERBERT RICE

---

### ORDER OF DISMISSAL: TERMINATION ENTRY

---

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 60 days,** reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

**IT IS SO ORDERED.**

March 29, 2007

WHR/kse
Copies to:

All Counsel of Record

                WALTER HERBERT RICE, JUDGE
                UNITED STATES DISTRICT COURT